| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF EDWARD JAMES ADKINS FOR RESIGNATION FROM THE PRACTICE OF LAW** | \*    **IN THE** |
| | \*    **COURT OF APPEALS** |
| | \*    **OF MARYLAND** |
| | \*    **Misc. Docket AG No. 23** |
| | \*    **September Term, 2020** |

## O R D E R

Upon consideration of the Application to Resign from the Practice of Law of Edward James Adkins and the response of Bar Counsel, filed in the above-captioned case, it is this 13th day of August, 2020

**ORDERED**, by the Court of Appeals of Maryland, that the resignation of Edward James Adkins from the Bar of the State of Maryland is hereby accepted; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name Edward James Adkins from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and the Clerks of all judicial tribunals in this State.

   /s/ Mary Ellen Barbera
         Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk